1  Sharon R. Vinick (SBN 129914)
   Darci E. Burrell (SBN 180467)
2  LEVY VINICK BURRELL HYAMS LLP
   180 Grand Avenue, Suite 1300
3  Oakland, California 94612
   Direct: 510-318-7702
4  Main: 510-318-7700
   Fax: 510-318-7701
5  sharon@levyvinick.com

6  Linda D. Friedman (*pro hac vice forthcoming*)
   Suzanne E. Bish (*pro hac vice forthcoming*)
7  Jennifer S. Gilbert (admitted *pro hac vice*)
   STOWELL & FRIEDMAN, LTD.
8  303 W. Madison St., Suite 2600
   Chicago, Illinois 60606
9  Phone: 312-431-0888
   Fax: 312-431-0228
10 Lfriedman@sfltd.com

11 *Attorneys for Plaintiff*

12 [*additional counsel listed on next page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHY FRAZIER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, AND MORGAN STANLEY,<br><br>Defendants. | CASE NO. 3:15-CV-04512-PJH<br><br>**STIPULATION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT; DEFENDANTS' TIME TO RESPOND**<br><br>[CIVIL L.R. 6-1(a)] |

1  DARYL S. LANDY (State Bar No. 136288)
   dlandy@morganlewis.com
2  MORGAN, LEWIS & BOCKIUS LLP
   600 Anton Blvd., Suite 1800
3  Costa Mesa, CA  92626-7653
   Tel:  714.830.0600
4  Fax:  714.830.0700

5  MARK S. DICHTER, *admitted Pro Hac Vice*
   mdichter@morganlewis.com
6  MORGAN, LEWIS & BOCKIUS LLP
   1701 Market Street
7  Philadelphia, PA  19103
   Tel:  215.963.5000
8  Fax:  215.963.5001

9  BLAIR ROBINSON, *admitted Pro Hac Vice*
   blair.robinson@morganlewis.com
10 ANDREW SCHAFFRAN, *admitted Pro Hac Vice*
   aschaffran@morganlewis.com
11 MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
12 New York, NY 10178
   Tel: 212.309.6000
13 Fax: 212.309.6001

14 *Attorneys for Defendants*
   *Morgan Stanley & Co. LLC,*
15 *Morgan Stanley Smith Barney LLC, and*
   *Morgan Stanley*
16

17

18

19

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

WHEREAS Plaintiff Kathy Frazier filed her Complaint on September 30, 2015 (Docket No. 1);

WHEREAS on October 2, 2015, Plaintiff filed an Amended Complaint (Docket No. 4);

WHEREAS Defendants' current deadline to respond to Plaintiff's Amended Complaint is December 18, 2015;

WHEREAS Plaintiff seeks to file of a Second Amended Complaint for the limited purpose of adding claims for relief under Title VII of the Civil Rights Act of 1964.

WHEREAS this stipulation will not alter the date of any event or any deadline already fixed by Court order.

THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL HEREBY STIPULATE and agree pursuant to Civil Local Rule 6-1(a) that:

(1) Plaintiff may file a Second Amended Complaint for the limited purpose of adding claims for relief under Title VII of the Civil Rights Act of 1964;

(2) Defendants are not required to respond to Plaintiff's Amended Complaint by the current deadline of December 18, 2015;

(3) The deadline for Defendants to respond to Plaintiff's Second Amended Complaint shall be sixty (60) days from the date Plaintiff files her Second Amended Complaint.

Dated: December 18, 2015          LEVY VINICK BURR HYAMS LLP

                                  By: /s/ *Sharon Vinick*
                                      Sharon Vinick
                                      Attorneys for Plaintiff

Dated: December 18, 2015          MORGAN, LEWIS & BOCKIUS LLP

                                  By: /s/ *Daryl S. Landy*
                                      Daryl S. Landy
                                      Attorneys for Defendants

IT IS SO ORDERED.

December 21, 2015
 Date                             Phyllis J. Hamilton
                                  United States District Judge