1 | Sharon R. Vinick (SBN 129914)
Darci E. Burrell (SBN 180467)
2 | LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
3 | Oakland, California 94612
Direct: 510-318-7702
4 | Main: 510-318-7700
Fax: 510-318-7701
5 | sharon@levyvinick.com

6 | Linda D. Friedman (*pro hac vice* forthcoming)
Suzanne E. Bish (*pro hac vice* forthcoming)
7 | Jennifer S. Gilbert (admitted *pro hac vice*)
STOWELL & FRIEDMAN, LTD.
8 | 303 W. Madison St., Suite 2600
Chicago, Illinois 60606
9 | Phone: 312-431-0888
Fax: 312-431-0228
10 | Lfriedman@sfltd.com

*Attorneys for Plaintiff*

[*additional counsel listed on next page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHY FRAZIER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, AND MORGAN STANLEY,<br><br>Defendants. | CASE NO. 3:15-CV-04512-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[CIVIL L.R. 6-1, 6-2] |

1 | DARYL S. LANDY (State Bar No. 136288)
dlandy@morganlewis.com
2 | MORGAN, LEWIS & BOCKIUS LLP
600 Anton Blvd., Suite 1800
3 | Costa Mesa, CA  92626-7653
Tel:  714.830.0600
4 | Fax:  714.830.0700

5 | MARK S. DICHTER, *admitted Pro Hac Vice*
mdichter@morganlewis.com
6 | MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
7 | Philadelphia, PA  19103
Tel:  215.963.5000
8 | Fax:  215.963.5001

9 | BLAIR ROBINSON, *pro hac vice pending* (in Case No. 3:15-cv-04512)
blair.robinson@morganlewis.com
10 | ANDREW SCHAFFRAN, *pro hac vice pending* (in Case No. 3:15-cv-04512)
aschaffran@morganlewis.com
11 | MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
12 | New York, NY 10178
Tel: 212.309.6000
13 | Fax: 212.309.6001

14 | *Attorneys for Defendants*
*Morgan Stanley & Co. LLC,*
15 | *Morgan Stanley Smith Barney LLC, and*
*Morgan Stanley*
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

1  Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Kathy Frazier ("Plaintiff") and
2  Defendants Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney LLC, and Morgan
3  Stanley ("Defendants") (collectively, the "Parties"), by and through their respective counsel of
4  record, stipulate to continue the Case Management Conference currently scheduled for January 7,
5  2016, to a date that is mutually convenient for the Court after Defendants' have responded to the
6  Second Amended Complaint.

7  WHEREAS, on October 16, 2015, the Court set the Case Management Conference for
8  January 7, 2016 (Dkt. No. 8);

9  WHEREAS pursuant the Parties' concurrently-filed stipulation, Defendants have
10 consented to Plaintiff filing a Second Amended Complaint for the limited purpose of adding
11 claims for relief under Title VII of the Civil Rights Act of 1964;

12 WHEREAS the Parties have stipulated that Defendants will have sixty (60) days after
13 filing to respond to the Second Amended Complaint;

14 WHEREAS the Parties believe that it would be beneficial to postpone the initial Case
15 Management Conference until after Defendants have responded to the Second Amended
16 Complaint

17 WHEREAS Plaintiff believes it would be particularly beneficial to postpone the initial
18 Case Management Conference in light of the pending motion to transfer to avoid burden to the
19 Court in the event it is granted;

20 THEREFORE, IT IS STIPULATED by the Parties and respectfully requested that the
21 Case Management Conference currently scheduled for January 7, 2016, be continued to a date
22 that is convenient for the Court after Defendants have responded to the Second Amended
23 Complaint.  Pursuant to Civil Local Rule 16-9 and this Court's Standing Orders, the Parties
24 will submit a joint case management conference statement seven (7) court days prior to the
25 newly-scheduled conference.

26 IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 21, 2015 | LEVY VINICK BURRELL HYAMS LLP |
| 3 | | By: /s/ *Sharon Vinick* |
| 4 | | Sharon R. Vinick<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | | |
| 7 | Dated: December 21, 2015 | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | | By: /s/ *Daryl S. Landy*<br>Daryl S. Landy |
| 9 | | Attorneys for Defendants |

3

CASE NO. 3:15-CV-04512-PJH
STIP AND [PROPOSED] ORDER
CONTINUING CMC

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, Sharon R. Vinick, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 21, 2015                        LEVY VINICK BURRELL HYAMS LLP

                                                  BY:    /s/ Sharon R. Vinick
                                                            Sharon R. Vinick
                                                            Attorneys for Plaintiff

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, the Order setting the Case Management Conference for

3 January 7, 2016 is hereby vacated.  The Court will set a new Case Management Conference for a

4 date after Defendants have responded to the Second Amended Complaint.

5 IT IS SO ORDERED.

7 DATED: December 30, 2015          _____
   Hon. Phyllis J. Hamilton
   United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*