| STOWELL & FRIEDMAN, LTD. | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| 303 W. Madison St., Suite 2600 | 1701 Market Street |
| Chicago, Illinois 60606 | Philadelphia, PA 19103 |
| Telephone: 312-431-0888 | Telephone: 215-963-5000 |
| Fax: 312-431-0228 | Fax: 215-963-5001 |

July 29, 2019

**VIA ECF AND ELECTRONIC MAIL**

Hon. Richard J. Sullivan, Circuit Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, New York 10007
sullivannysdchambers@nysd.uscourts.gov

Re:   *Frazier, et al. v. Morgan Stanley & Co. LLC, et al.*, Civil Action No. 16-cv-00804-RJS

Dear Judge Sullivan,

The parties write jointly pursuant to the Court's May 1, 2019 Order to provide a status update and to respectfully request that the stay of discovery be extended for an additional 90 days. Dkt. 123. To date, the parties have engaged in ongoing settlement communications and have exchanged documents and information to facilitate their efforts to resolve the matter. The parties have also agreed to exchange additional data regarding two of the plaintiffs. Due to the agreed data production and the parties' respective schedules, the parties anticipate that the two-day private mediation will take place in October. The parties, therefore, respectfully request that the current stay of discovery be extended for an additional 90 days.

The parties agree to provide the Court with a status update on or before the expiration of the proposed 90 day period and, if the settlement negotiations are not successful, the parties will submit a proposed Revised Scheduling Order for the Court's consideration and approval.

Respectfully submitted,

| /s/ Linda D. Friedman | /s/Mark S. Dichter |
|---|---|
| Linda D. Friedman (Admitted *Pro Hac Vice*) | Mark S. Dichter (Admitted *Pro Hac Vice*) |
| STOWELL & FRIEDMAN, LTD. | MORGAN, LEWIS & BOCKIUS LLP |
| 303 W. Madison St., Suite 2600 | 1701 Market Street |
| Chicago, Illinois 60606 | Philadelphia, PA 19103 |
| Telephone: 312-431-0888 | Telephone: 215-963-5000 |
| Fax: 312-431-0228 | Fax: 215-963-5001 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

cc:  All counsel of record (via ECF)

```
IT IS HEREBY ORDERED THAT the parties' request to extend the stay of all deadlines set
forth in the Court's December 18, 2018 case management plan for 90 days is GRANTED.  The
parties shall update the Court by October 28, 2019 as to the continued need for a stay and,
if there is none, submit a joint proposed Revised Scheduling Order.
```



SO ORDERED
Dated: 7/29/19
RICHARD J. SULLIVAN
U.S.D.J.