UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY FRAZIER *et al.* on behalf of
themselves and all others similarly situated,

                Plaintiff,

-v-

MORGAN STANLEY & CO. LLC,
MORGAN STANLEY SMITH BARNEY
LLC, and MORGAN STANLEY,

                Defendants.



No. 16-cv-804 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the pre-motion conference scheduled for December 11, 2019, shall take place in Courtroom 18A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    December 6, 2019
            New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation