UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY FRAZIER, YARED ABRAHAM, O. EMMANUEL ADEPOJU-GRACE, ANDREW CLARK, KWESI COLEMAN, JEANNA PRYOR, and AISHA RADA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>MORGAN STANLEY & CO., LLC, MORGAN STANLEY SMITH BARNEY LLC, AND MORGAN STANLEY,<br><br>        Defendants. | Case Action No. 16-cv-00804 (RJS) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Andrew Clark ("Clark") and Defendants Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney LLC, and Morgan Stanley, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of Clark's claims in the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED**

| **STOWELL & FRIEDMAN, LTD.** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| */s/ Suzanne E. Bish* | *Mark S. Dichter/NMZ* (signature) |
| Suzanne E. Bish (Admitted *Pro Hac Vice*) | Mark S. Dichter (Admitted *Pro Hac Vice*) |
| STOWELL & FRIEDMAN, LTD. | MORGAN, LEWIS & BOCKIUS LLP |
| 303 W. Madison St., Suite 2600 | 1701 Market Street |
| Chicago, Illinois 60606 | Philadelphia, PA 19103 |
| Telephone: 312-431-0888 | Telephone: 215-963-5000 |
| Fax: 312-431-0228 | Fax: 215-963-5001 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| January 8, 2020 | January 8, 2020 |