UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY FRAZIER et al. on behalf of themselves and all others similarly situated,

Plaintiff,

-v-

MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,

Defendants.



No. 16-cv-804 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a submission from the parties informing the Court that Plaintiff Andrew Clark and Defendants have reached a settlement. (Doc. No. 150.) Accordingly, IT IS HEREBY ORDERED THAT Clark's claims are dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of the Court is respectfully directed to terminate this action as to Mr. Clark.

SO ORDERED.

Dated: January 9, 2020
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation