

October 19, 2021

**VIA ECF AND ELECTRONIC MAIL**

Hon. Richard J. Sullivan, Circuit Judge
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2530
New York, New York 10007
CA02_RJSChambers@ca2.uscourts.gov

Re:   *Frazier, et al. v. Morgan Stanley & Co. LLC, et al.*,
      Civil Action No. 16-cv-00804-RJS

> IT IS HEREBY ORDERED that the parties' request is GRANTED. All discovery shall be stayed, and all deadlines in the Revised Case Management Plan and Scheduling Order shall be held in abeyance for 60 days, while the parties pursue private resolution of this case. The parties shall update the Court as described in this letter by December 20, 2021.
>
> SO ORDERED: *[signature]*
> Dated: 10/20/21
> RICHARD J. SULLIVAN
> U.S.C.J., Sitting by Designation

Dear Judge Sullivan:

Counsel for the parties in the above-referenced matter write jointly to inform the Court that the parties have agreed to explore the possibility of private resolution of this matter. The parties believe that their chances for a resolution will be enhanced by focusing their resources on those discussions rather than their discovery efforts and motion practice. Accordingly, the parties respectfully request a stay of all discovery and that all deadlines in the parties' Revised Case Management Plan and Scheduling Order (Dkt. 192) be extended and held in abeyance for 60 days while the parties explore the possibility of private resolution.

The parties are in the process of identifying a mediator and scheduling the mediation. If the parties are unable to reach a resolution by December 20, 2021, the parties will either provide the Court with a status report regarding their settlement efforts or, if those efforts have concluded without success, the parties will provide the Court with a proposed revised case management plan and scheduling order, and will raise certain discovery issues with the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

| MORGAN, LEWIS & BOCKIUS LLP | STOWELL & FRIEDMAN, LTD. |
|---|---|
| /s/ *Mark S. Dichter* | /s/ *Linda D. Friedman* |
| Mark S. Dichter (*pro hac vice*) | Linda D. Friedman (*pro hac vice*) |
| 1701 Market Street | 303 W. Madison St., Suite 2600 |
| Philadelphia, PA 19103 | Chicago, Illinois 60606 |
| Phone: 215-963-5000 | Phone: 312-431-0888 |
| Fax: 215-963-5001 | Fax: 312-431-0228 |
| Email: mark.dichter@morganlewis.com | Email: lfriedman@sfltd.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |