**Morgan Lewis**     **Stowell & Friedman, Ltd.**
                     Attorneys at Law

December 20, 2021

> The parties' joint motion is granted. IT IS HEREBY ORDERED that all discovery and deadlines listed in the parties' Revised Case Management Plan (Doc. No. 192) shall be held in abeyance for 120 days while the parties engage in mediation. IT IS FURTHER ORDERED that the parties shall file a joint letter updating the Court as to the status of their mediation efforts or provide an update on discovery in this matter along with a proposed revised case management plan and scheduling order by no later than April 14, 2022.
>
> SO ORDERED: [signature]
> Dated: 12/20/21    RICHARD J. SULLIVAN
>                    U.S.C.J., Sitting by Designation

**VIA ECF AND ELECTRONIC MAIL**

Hon. Richard J. Sullivan, Circuit Judge
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2530
New York, New York 10007
CA02_RJSChambers@ca2.uscourts.gov

Re:  *Frazier, et al. v. Morgan Stanley & Co. LLC, et al.*,
     Civil Action No. 16-cv-00804-RJS

Dear Judge Sullivan:

Counsel for the parties in the above-referenced matter write jointly to provide the Court with a status report on the parties' efforts to mediate this matter. The parties have agreed to proceed with mediation before The Hon. M. Gino Brogdon, Sr. (Ret.) on March 1 and 2, 2022. The parties continue to believe that their chances for a resolution will be enhanced by focusing their resources on those discussions rather than their current discovery efforts. Accordingly, the parties respectfully request a stay of all discovery and that all deadlines in the parties' Revised Case Management Plan and Scheduling Order (Dkt. 192) be held in abeyance for an additional 120 days while the parties engage in mediation.

If the parties are unable to reach a resolution by April 14, 2022, the parties will either provide the Court with a status report regarding their settlement efforts or, if those efforts have concluded without success, the parties will provide the Court with a proposed revised case management plan and scheduling order, and will raise certain discovery issues with the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP                 STOWELL & FRIEDMAN, LTD.

/s/ *Mark S. Dichter*                       /s/ *Linda D. Friedman*
Mark S. Dichter (*pro hac vice*)            Linda D. Friedman (*pro hac vice*)
1701 Market Street                          303 W. Madison St., Suite 2600
Philadelphia, PA 19103                      Chicago, Illinois 60606
Phone: 215-963-5000                         Phone: 312-431-0888
Fax: 215-963-5001                           Fax: 312-431-0228
Email: mark.dichter@morganlewis.com         Email: lfriedman@sfltd.com

*Attorneys for Defendants*                  *Attorneys for Plaintiffs*