UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY FRAZIER, YARED ABRAHAM,
and O. EMMANUEL ADEPOJU-GRACE,

                Plaintiffs,

      -v-

MORGAN STANLEY & CO., LLC,
MORGAN STANLEY SMITH BARNEY
LLC, and MORGAN STANLEY,

                Defendants.

No. 16-cv-804 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

        The pre-motion conference scheduled for Wednesday, May 18, 2022 at 2:00 p.m. will take

place in Courtroom 20B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York,

New York 10007.

SO ORDERED.

Dated:     May 9, 2022
          New York, New York

 

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation