

June 30, 2023

**VIA ECF AND ELECTRONIC MAIL**

Hon. Richard J. Sullivan, Circuit Judge
United States Court of Appeals for the Second Circuit
500 Pearl St., Room 2530, New York, New York 10007

Re:   *Frazier, et al. v. Morgan Stanley & Co. LLC, et al.*, Case No. 16-cv-00804-RJS

Dear Judge Sullivan,

On June 29, 2023, the Court granted Defendants' (Dkt. 231) and Plaintiffs' (Dkt. 234) respective letter motions for conference and ordered the parties to appear for a pre-motion conference on July 7, 2023 at 10:00 a.m. (Dkt. 235.) The parties have conferred and due to Plaintiffs' counsels' travel surrounding the Fourth of July holiday in addition to previously scheduled professional commitments, the parties jointly request that the Court strike the July 7, 2023 conference date and reschedule the conference for July 20, 2023.

Respectfully submitted,

STOWELL & FRIEDMAN, LTD.

*/s/ Shona B. Glink*
Linda D. Friedman
Suzanne E. Bish
Shona B. Glink
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Phone: 312-431-0888
Fax: 312-431-0228
Email:  lfriedman@sfltd.com
       sbish@sfltd.com
       sglink@sfltd.com

*Attorneys for Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Michael S. Burkhardt*
Michael S. Burkhardt
1701 Market Street
Philadelphia, PA 19103
Phone: 215-963-5000
Fax: 215-963-5001
Email: michael.burkhardt@morganlewis.com

Brendan T. Killeen
Nicole M. Zito
101 Park Avenue
New York, NY 10178-0060
Phone: 212-309-6000
Fax:  212-309-6001
Email:  brendan.killeen@morganlewis.com
        nicole.zito@morganlewis.com

*Attorneys for Defendants*

With the consent of the parties, IT IS HEREBY ORDERED THAT the conference in this matter, which is currently scheduled for July 7, 2023, will instead take place on Wednesday, July 19, 2023 at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED:** _____
**Dated:** 6/30/2023     **RICHARD J. SULLIVAN**
                        U.S.C.J., Sitting by Designation