UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY FRAZIER *et al.* on behalf of themselves and all others similarly situated,

Plaintiffs,

-v-

MORGAN STANLEY & CO., LLC, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,

Defendants.

No. 16-cv-804 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the Post-Discovery Conference in this matter, which is currently scheduled for 2:00 p.m. on Friday, November 17, 2023, will instead take place on Friday, December 1, 2023, at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  November 14, 2023
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation