UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY FRAZIER *et al.* on behalf of themselves and all others similarly situated,

Plaintiffs,

-v-

MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,

Defendants.

No. 16-cv-804 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated at the premotion conference held on December 1, 2023, IT IS HEREBY ORDERED THAT Defendants shall file their motion to preclude Dr. William Bielby's testimony by January 12, 2023; Plaintiffs shall file their opposition to Defendants' motion by February 2, 2023; and Defendants shall file their reply by February 16, 2023.

SO ORDERED.

Dated: December 4, 2023
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation