**Stowell & Friedman, Ltd.**
Attorneys at Law



303 West Madison Street
Suite 2600
Chicago, Illinois 60606

phone: 312.431.0888
fax: 312.431.0228

www.stowellfriedman.com

October 9, 2024

*VIA ECF AND ELECTRONIC MAIL*

Hon. Richard J. Sullivan, Circuit Judge
United States Court of Appeals for the Second Circuit Daniel Patrick Moynihan United States Courthouse 500 Pearl St., Room 2530
New York, New York 10007

*Re: Frazier, et al. v. Morgan Stanley & Co. LLC, et al.*, Civil Action No. 16-cv-00804-RJS

Dear Judge Sullivan:

Counsel for the parties in the above-referenced matter write jointly to inform the Court that they have reached an agreement on the monetary terms to settle claims brought by Plaintiffs Jeanna Pryor and Kwesi T. Coleman against Defendants in the above referenced matter. The parties have not reached an agreement yet on the non-monetary terms of the settlement agreement. As a reminder to the Court, Plaintiffs Coleman and Pryor rejoined this matter in February 2024 (Dkt. 269) and are still in the discovery phase of the litigation. In order to preserve the Court's and parties' time and resources while the parties negotiate the full terms of the settlement agreements, the parties respectfully request that the Court stay all discovery and that all deadlines in the parties' Case Management Plan and Scheduling Order (Dkt. 268) be extended and held in abeyance for 30 days. If the parties are unable to reach a final resolution of the claims brought by Plaintiffs Pryor and Coleman by November 8, 2024, the parties will provide the Court with a proposed revised case management plan and scheduling order and will raise certain discovery issues with the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

STOWELL & FRIEDMAN, LTD.            MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Shona B. Glink             By:   /s/ Brendan T. Killeen

```
Plaintiffs Jeanna Pryor and Kwesi T. Coleman and Defendants' joint motion
to stay discovery pending settlement discussions is GRANTED.  (Doc. No.
276.)  Accordingly, IT IS HEREBY ORDERED THAT all discovery is stayed and
all deadlines in the parties' Case Management Plan and Scheduling Order
(Doc. No. 268) are held in abeyance for thirty days.  By no later than
November 8, 2024, the parties shall file either a voluntary stipulation of
dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or
a status report and proposed revised case management plan and scheduling
order.  The Clerk of Court is respectfully directed to terminate the
motion pending at Doc. No. 276.

Dated: October 10, 2024
New York, New York
                                    _____
                                    Hon. Richard J. Sullivan
                                    United States Circuit Judge
                                    Sitting by Designation
```