UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY FRAZIER, *on behalf of herself and all others similarly situated*, O. ADEPOJU-GRACE, AISHA RADA, JEANNA PRYOR, YARED ABRAHAM, and KWESI COLEMAN,<br><br>      Plaintiffs,<br><br> -v-<br><br>MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>      Defendants. | No. 16-cv-804 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of a submission from the parties informing the Court that Plaintiffs Kwesi Coleman and Jeanna Pryor have reached a settlement with Defendants. (Doc. No. 281.) Accordingly, IT IS HEREBY ORDERED THAT each of Coleman and Pryor's claims are dismissed in their entirety with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of Court is respectfully directed to terminate this action as to Ms. Coleman and Ms. Pryor.

SO ORDERED.

Dated:  November 19, 2024
     New York, New York

                            _____
                            RICHARD J. SULLIVAN
                            UNITED STATES CIRCUIT JUDGE
                            Sitting by Designation