UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY FRAZIER, *on behalf of herself and all others similarly situated*, O. ADEPOJU-GRACE, AISHA RADA, and YARED ABRAHAM,<br><br>                 Plaintiffs,<br><br>   -v-<br><br>MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>                 Defendants. | No. 16-cv-804 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a submission from the parties indicating that Plaintiff Yared Abraham has reached a settlement with Defendants. (Doc. No. 283.) Accordingly, IT IS HEREBY ORDERED THAT Mr. Abraham's claims are dismissed in their entirety with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of Court is respectfully directed to terminate this action as to Mr. Abraham.

SO ORDERED.

Dated:    April 2, 2025
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation