

May 15, 2025

**VIA ECF AND ELECTRONIC MAIL (CA02_RJSChambers@ca2.uscourts.gov)**

Hon. Richard J. Sullivan, Circuit Judge
United States Court of Appeals for the Second Circuit
500 Pearl St., Room 2530,
New York, New York 10007

    Re:    *Frazier, et al. v. Morgan Stanley & Co. LLC, et al.*, Civil Action No. 16-cv-00804-RJS

Dear Judge Sullivan,

We represent Defendants Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney LLC, and Morgan Stanley in the above-referenced matter. Pursuant to Your Honor's Individual Rules, we write jointly with counsel for Plaintiffs to respectfully request that the Post-Discovery Conference scheduled for Monday, May 19, 2025 (the "Conference") be adjourned.

The Conference was initially scheduled on February 29, 2024 as part of the Revised Case Management Plan and Scheduling Order "adopt[ing] the following schedule for discovery pertaining to solely Plaintiffs Kwesi Coleman and Jeanna Pryor" after they rejoined the matter. Dkt. Nos. 268, 269. On November 20, 2024, Plaintiffs Coleman and Pryor's claims were dismissed in their entirety. Dkt. No. 282. Accordingly, the Parties respectfully represent that the Conference is no longer necessary and request that it be adjourned. If granted, this request will not affect any other dates in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

| MORGAN, LEWIS & BOCKIUS LLP | STOWELL & FRIEDMAN, LTD. |
|---|---|
| */s/ Brendan T. Killeen* | */s/ Shona B. Glink* |
| Brendan T. Killeen | Shona B. Glink |
| 101 Park Avenue | 303 W. Madison St., Suite 2600 |
| New York, NY 10178-0060 | Chicago, Illinois 60606 |
| Phone: 212-309-6000 | Phone: 312-431-0888 |
| Fax: 212-309-6001 | Fax: 312-431-0228 |
| Email: brendan.killeen@morganlewis.com | Email: sglink@sfltd.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

```
For the reasons set forth above, the conference is adjourned.  The Clerk of
Court is respectfully directed to terminate the motion pending at Doc. No. 285.
SO ORDERED.
Date: May 16, 2025
      New York, New York
                                      HONORABLE RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation
```