UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY FRAZIER, *on behalf of herself and all others similarly situated*, O. ADEPOJU-GRACE, and AISHA RADA,

        Plaintiffs,

-v-

MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,

        Defendants.

No. 16-cv-804 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a submission from the parties indicating that Plaintiffs Kathy Frazier and O. Emmanuel Adepoju-Grace have reached a settlement with Defendants. (Doc. Nos. 290, 291.) Accordingly, IT IS HEREBY ORDERED THAT Ms. Frazier's and Mr. Adepoju-Grace's claims are dismissed in their entirety with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of Court is respectfully directed to terminate this action as to Ms. Frazier and Mr. Adepoju-Grace.

    The Court previously granted Defendants' motions to compel arbitration with respect to Plaintiff Aisha Rada's claims. (Doc. 104.) Because Ms. Rada is the only remaining plaintiff in this case, the parties shall submit a joint letter by October 10, 2025 indicating the status of the arbitration and how the parties wish to proceed with respect to Ms. Rada's claims.

SO ORDERED.

Dated:    September 26, 2025
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation