UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AISHA RADA,

          Plaintiff,

-v-

MORGAN STANLEY & CO. LLC,
MORGAN STANLEY SMITH BARNEY
LLC, and MORGAN STANLEY,

          Defendants.

No. 16-cv-804 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a submission from the parties indicating that Plaintiff Aisha Rada has reached a settlement with Defendants. (Doc. No. 293.) Accordingly, IT IS HEREBY ORDERED THAT Ms. Rada's claims are dismissed in their entirety with prejudice but without costs. The Clerk of Court is respectfully directed to terminate this action as to Ms. Rada. Given that the claims of all the other Plaintiffs in this action have been resolved, the Clerk of Court is also respectfully directed to close this case.

SO ORDERED.

Dated:    October 6, 2025
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation